| | |
|---|---|
| 1 | GOULD & ASSOCIATES P.C. |
| | MICHAEL A. GOULD. (SBN 151851) |
| 2 | AARIN A. ZEIF (SBN 2247088) |
| | 17822 East 17th Street, Suite 106 |
| 3 | Tustin, CA 92780 |
| | Telephone: (714) 669.2850 |
| 4 | Facsimile: (714) 544.0800 |
| | Email: michael@wageandhourlaw.com |
| 5 | aarin@wageandhourlaw.com |

Attorneys for Plaintiff
SOLOMON GREEN

JACKSON LEWIS P.C.
NATHAN W. AUSTIN (SBN 219672)
JAMES C. ANDERSON (SBN 296579)
400 Capitol Mall, Suite 1600
Sacramento, California 95814
Telephone: (916) 341-0404
Facsimile: (916) 341-0141
Email: nathan.austin@jacksonlewis.com
james.anderson@jacksonlewis.com

Attorneys for Defendant
DARLING INGREDIENTS INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLOMON GREEN, | CASE NO. 1:18-CV-01423-DAD-SKO |
| Plaintiff, | **STIPULATED RULE 502(d) ORDER** |
| v. | |
| DARLING INGREDIENTS INC., and DOES 1 through 25, | Complaint Filed: 09.11.18<br>Removed: 10.15.18 |
| Defendants. | |

///

///

///

///

///

///

1

The production of privileged or work-product protected documents, electronically stored information ("ESI"), or information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI, or information (including metadata) for relevance, responsiveness, and/or segregation of privileged and/or protected information before production.

**IT IS SO STIPULATED.**

Dated: June 10, 2019    GOULD & ASSOCIATES P.C.

By: *Aarin A. Zeif (as authorized on 06.10.19)*
    MICHAEL A. GOULD
    AARIN A. ZEIF

Attorneys for Plaintiff
SOLOMON GREEN

Dated: June 18, 2019    JACKSON LEWIS P.C.

By: */s/ Nathan W. Austin*
    NATHAN W. AUSTIN
    JAMES C. ANDERSON

Attorneys for Defendant
DARLING INGREDIENTS INC

**ORDER**

Pursuant to the parties' above stipulation (Doc. 13), the Court adopts the parties' agreement pursuant to Rule 502(d) of the Federal Rules of Evidence.

IT IS SO ORDERED.

Dated:  **June 20, 2019**    /s/ *Sheila K. Oberto*
                             UNITED STATES MAGISTRATE JUDGE