| | |
|---|---|
| 1 | GOULD & ASSOCIATES |
| | MICHAEL A. GOULD. (SBN 151851) |
| 2 | AARIN A. ZEIF (SBN 2247088) |
| | 17822 East 17th Street, Suite 106 |
| 3 | Tustin, CA 92780 |
| | Telephone: (714) 669.2850 |
| 4 | Facsimile: (714) 544.0800 |
| | Email: michael@wageandhourlaw.com |
| 5 | aarin@wageandhourlaw.com |
| 6 | Attorneys for Plaintiff |
| | SOLOMON GREEN |
| 7 | |
| 8 | JACKSON LEWIS P.C. |
| | NATHAN W. AUSTIN (SBN 219672) |
| 9 | JAMES C. ANDERSON (SBN 296579) |
| | 400 Capitol Mall, Suite 1600 |
| 10 | Sacramento, California 95814 |
| | Telephone: (916) 341-0404 |
| 11 | Facsimile: (916) 341-0141 |
| | Email: nathan.austin@jacksonlewis.com |
| 12 | james.anderson@jacksonlewis.com |
| 13 | Attorneys for Defendant |
| | DARLING INGREDIENTS INC. |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLOMON GREEN, | CASE NO. 1:18-CV-01423-DAD-SKO |
| Plaintiff, | |
| v. | **JOINT STIPULATION AND REQUEST FOR CONTINUANCE OF CERTAIN PRETRIAL DEADLINES; ORDER** |
| DARLING INGREDIENTS INC., and DOES 1 through 25, | |
| Defendants. | **(Doc. 17)** |
| | Complaint filed: 09.11.18 |
| | Trial Date: 03.03.20 |

Plaintiff SOLOMON GREEN ("Plaintiff") and Defendant DARLING INGREDIENTS, INC. ("Defendant"), (collectively referred to as "the Parties"), through counsel, hereby enter into the following Stipulation and request the Court to extend certain pretrial discovery deadlines, pursuant to the applicable Local Rules:

1. This is an action for alleged wrongful termination and retaliation in violation of Labor

1

Code § 1102.5. The Parties have engaged in written discovery.

2. Mediation was previously scheduled before Daniel Quinn. However, due to an unexpected conflict, Defendant's client had to cancel mediation. The Parties have agreed to mediation before Judge Raul A. Ramirez on September 23, 2019.

3. In order to allow time to mediate the case, the Parties request that the discovery including discovery motion cut off dates and the expert disclosure cut off dates should be continued to a date in the future. The Parties hereby stipulate to the following new discovery dates and expert discovery and request the Court modify the scheduling order accordingly:

| CATEGORY | ORIGINAL DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Discovery Cut Off | July 2, 2019 | November 5, 2019 |
| Expert Disclosure | July 8, 2019 | November 11, 2019 |
| Rebuttal Experts | July 19, 2019 | November 22, 2019 |
| Expert Discovery Cutoff | August 19, 2019 | December 23, 2019 |
| Non-Dispositive Motions | October 2, 2019 | February 5, 2020 |
| Dispositive Motions | October 16, 2019 | February 19, 2020 |
| Pre-Trial Conference | January 6, 2020 | May 11, 2020 |
| Trial | March 3, 2020 | July 7, 2020 |

4. There have been no prior requests for extensions of time to change the case scheduling order (Docket number 12) and to extend time for completion of the alternative dispute resolution.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: July 18, 2019  GOULD & ASSOCIATES P.C.

By: /s/ *Aarin Z. Zeif* *(as authorized on 07.18.19)*
MICHAEL A. GOULD
AARIN A. ZEIF

Attorneys for Plaintiff
SOLOMON GREEN

///

///

Dated: July 18, 2019               JACKSON LEWIS P.C.

By: */s/Nathan W. Austin*
    NATHAN W. AUSTIN
    JAMES C. ANDERSON

Attorneys for Defendant
DARLING INGREDIENTS INC.

**ORDER**

Based on the parties' above-stipulation (Doc. 17), and with good cause shown, the Court hereby ORDERS that case schedule (Doc. 12) is modified as follows:

| Event | Prior Date | Continued Date |
|---|---|---|
| Non-Expert Discovery Completion | July 2, 2019 | November 5, 2019 |
| Expert Disclosures Deadline | July 8, 2019 | November 11, 2019 |
| Rebuttal Expert Disclosures Deadline | July 19, 2019 | November 22, 2019 |
| Expert Discovery Completion | August 19, 2019 | December 23, 2019 |
| Non-Dispositive Motion Filing | August 30, 2019 | January 8, 2020 |
| Non-Dispositive Motion Hearing | October 2, 2019 | February 5, 2020 |
| Dispositive Motion Filing | August 30, 2019 | January 8, 2020 |
| Dispositive Motion Hearing | October 16, 2019 | February 19, 2020 |
| Settlement Conference | August 15, 2019, at 10:00 a.m. before Magistrate Judge Sheila K. Oberto | Vacated; Telephonic conference to discuss re-setting Settlement Conference set for December 11, 2019, at 4:00 p.m.[1] |
| Pretrial Conference | January 6, 2020, at 1:30 p.m. | May 11, 2020, at 2:30 p.m. |

---

[1] **The parties are to use dial-in number: 1-888-557-8511; passcode: 6208204#.** Prior to the telephonic conference, counsel are to thoroughly discuss the advantages of and possibilities for settlement with their respective clients, and each other, and be prepared to propose a date on which a Settlement Conference will be set. **By no later than December 4, 2019, the parties shall file a joint statement confirming that they have met and conferred and setting forth their proposed Settlement Conference date(s).**

3

| Trial | March 3, 2020, at 1:00 p.m. | July 7, 2020, at 1:00 p.m. |

IT IS SO ORDERED.

Dated: **July 26, 2019**     /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE